IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

ASSOCIATION OF AMERICAN
RAILROADS,
    Plaintiff,

v.                                            Civil No. 1:23cv815 (DJN)

JEHMAL T. HUDSON, *et al.*,
    Defendants.

## ORDER
**(Directing the Parties to Proceed with March 21, 2024 Hearing)**

This matter comes before the Court on Plaintiff the Association for American Railroads' ("Plaintiff") Motion to Amend/Correct the Amended Complaint, ("Motion to Amend," ECF No. 76), in which Plaintiff requests leave to add the newly appointed State Corporation Commissioners as Defendants once they assume office. Upon review, the Court advises the Parties that it will take the Motion to Amend under consideration, but that the Court will proceed with the existing March 21, 2024 date for argument in Richmond on the pending Motions to Dismiss, (ECF Nos. 47, 49).

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                                        _____/s/_____
                                                                       David J. Novak
                                                                       United States District Judge

Richmond, Virginia
Dated: March 13, 2024