UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| ASSOCIATION OF AMERICAN RAILROADS, | |
| *Plaintiff,* | |
| v. | Civ. No. 1:23-cv-815-DJN-WEF |
| JEHMAL T. HUDSON, *et al.*, | |
| *Defendants.* | |

**NOTICE OF APPEAL**

Plaintiff Association of American Railroads hereby appeals to the U.S. Court of Appeals for the Fourth Circuit from the final judgment entered on April 15, 2024.

| | |
|---|---|
| May 1, 2024 | Respectfully submitted, |
| | /s/ *Gordon D. Todd* |
| | Raymond A. Atkins |
| | Gordon D. Todd |
| | Tobias S. Loss-Eaton |
| | Lucas W.E. Croslow |
| | Chike B. Croslin |
| | Stephen S. Laudone |
| | Lakeisha F. Mays |
| | SIDLEY AUSTIN LLP |
| | 1501 K Street, NW |
| | Washington, D.C. 20005 |
| | (202) 736-8000 |
| | (202) 736-8711 (facsimile) |
| | gtodd@sidley.com |
| | |
| | *Counsel for Plaintiff* |
| | *Association of American Railroads* |