FILED: July 18, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1399
(1:23-cv-00815-DJN-WEF)

_____

ASSOCIATION OF AMERICAN RAILROADS

        Plaintiff - Appellant

v.

JEHMAL T. HUDSON, in his Individual Capacity and Official Capacity as a Commissioner of the State Corporation Commission of the Commonwealth of Virginia

        Defendant - Appellee

and

STEPHEN BRICH, in his Individual Capacity and Official Capacity as the Commissioner of the Virginia Department of Transportation; MICHAEL ROLBAND, in his Individual Capacity and Official Capacity as the Director of the Virginia Department of Environmental Quality

        Defendants

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district

court is affirmed in part and reversed in part. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK