IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

ASSOCIATION OF AMERICAN RAILROADS,
  Plaintiff,

v.                                                     Civil No. 1:23cv815 (DJN)

JEHMAL T. HUDSON *et al.*,
  Defendants.

## ORDER
**(Acknowledging Notice of Dismissal without Prejudice)**

This matter comes before the Court on Plaintiff Association of American Railroads's

("Plaintiff") Notice of Voluntary Dismissal without Prejudice pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(i).[1]  (ECF No. 100.)  The Court hereby ACKNOWLEDGES this

voluntary dismissal without prejudice, with each party to pay their own costs and fees.

The Court DIRECTS the Clerk's Office to close this case.

This case is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Dated: August 18, 2025

---

[1]    Rule 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Here, Defendant failed to file either an answer or motion for summary judgment.